THE FIRST NATIONAL BANK OF BINGHAMTON, Respondent, *v.* THE COMMERCIAL TRAVELERS' HOME ASSOCIATION OF AMERICA, Appellant.

*First Nat. Bank of Binghamton* v. *Coml. Travelers' Home Assn.,* 108 App. Div. 78, affirmed.

(Argued May 14, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover upon a promissory note purporting to have been executed on behalf of defendant, by its treasurer, to the order of its president by whom said note was indorsed to the plaintiff as collateral security for the payment of said president's individual note.

*Robert E. Whalen* for appellant.

*Maurice E. Page,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT and HISCOCK, JJ. Absent: GRAY, J. Not sitting: CHASE, J.